UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JAMES BOWDEN

    Defendant.

Case No. 2:23-mj-00045-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL JAMES BOWDEN  Case No. 2:23-mj-00045-DB Charges 21 USC § 841(a)(1) from custody for the following reasons:

|        |                                       |                                               |
|--------|---------------------------------------|-----------------------------------------------|
| _____  | Release on Personal Recognizance      |                                               |
| _____  | Bail Posted in the Sum of $           |                                               |
|   X    | Unsecured Appearance Bond $           | 50,000.00 co-signed by parents Michael and Sharon Bowden |
| _____  | Appearance Bond with 10% Deposit      |                                               |
| _____  | Appearance Bond with Surety           |                                               |
| _____  | Corporate Surety Bail Bond            |                                               |
| _____  | (Other):                              |                                               |

Issued at Sacramento, California on March 28, 2023 at 2:00 PM

Dated:  March 28, 2023

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE